ZACH COWAN, City Attorney, SBN 96372
LYNNE S. BOURGAULT, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998
Facsimile:  (510) 981-6960
lbourgault@ci.berkeley.ca.us

Attorneys for Defendants

JOHN L. BURRIS ESQ., SBN #69888
ADANTE POINTER ESQ., SBN#258789
JAMES COOK ESQ., SBN #300212
Law Offices of John Burris
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
james.cook@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WHITE, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY, et al.,<br><br>　　　　　Defendants. | Case No.: 15-cv-02544-WHO<br><br>STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE<br><br>Trial Date:  November 26, 2016 |

The undersigned parties, being all parties who have appeared in this action, hereby STIPULATE pursuant to Federal Rule of Civil Procedure 41(a), that the action on behalf of plaintiff Lawrence White against defendants City of Berkeley and Jumanne Jones is DISMISSED WITH PREJUDICE.  It is further STIPULATED that plaintiff and defendants shall each bear their own costs and attorneys' fees.

**IT IS SO STIPULATED:**

Respectfully submitted:

Dated: 02/26/2016       ZACH COWAN, City Attorney
                        LYNNE BOURGAULT, Deputy City Attorney

By: _____/s/_____
    LYNNE S. BOURGAULT
    Attorneys for Defendants

Dated: 02/26/2016       JAMES COOK, Law Offices of John Burris

By: _____/s/_____
    JAMES COOK
    Attorney for Plaintiff

Dated: 02/26/2016

By: _____/s/_____
    LAWRENCE WHITE
    Plaintiff

*Pursuant To General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 2, 2016    _____
                        Hon. William Orrick
                        United States District Judge